AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Roland MARTINEZ<br><br>_Defendant(s)_ | )<br>)<br>) Case No: 19mj4096<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of November 14, 2019 in the county of Dona Ana in the State and District of New Mexico, the defendant violated 8 U.S.C. §1324(a)(1)(A)(v)(I)(Conspiracy to Violate 1324 - All subsections), an offense described as follows:

Knowingly, intentionally, and unlawfully conspired, combined, confederated and agreed with others known and unknown, to commit offenses against the United States, namely: to transport, move, and attempt to transport and move an alien within the United States by means of transportation and otherwise

This criminal complaint is based on these facts:

On November 14, 2019, Border Patrol Agent Adrian Acuna was assigned to the United States Border Patrol Checkpoint located on Interstate 25, mile marker 26, in Dona Ana County, New Mexico. At approximately 2:15 p.m., a blue Buick sedan approached the primary inspection area. After identifying himself, Agent Acuna questioned the driver as to his citizenship. The driver, identified as Roland Martinez stated he was a United States citizen. The front seat passenger stated she was a Unites States citizen. The rear passenger stated she was a United States citizen. Agent Acuna requested and received consent to look in the vehicles trunk. As Agent Acuna was looking in the trunk, Border Patrol Agent Durango Ayala asked Martinez where they were going and Martinez stated Dallas.

☒ Continued on the attached sheet.

_Complainant's signature_

Mark Nevarez, Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: November 16, 2019

_Judge's signature_

GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE

City and state: Las Cruces, N.M.

_Printed name and title_

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Roland MARTINEZ

**Continuation of Statement of Facts:**
Agent Ayala asked Martinez to open the rear window and Martinez stated he can open the door.

After opening the rear door, Agent Ayala questioned the passenger as to her citizenship. The front seat passenger stated the rear seat passenger had immigration documents. After requesting to see her immigration documents, the rear seat passenger stated she was a Mexican citizen and did not possess any immigration documents that would allow her to be or remain in the United States legally. Martinez was referred to the secondary inspection area.

In secondary, Martinez and the two passengers were taken into custody and transported to the Las Cruces Border Patrol station.

Post Miranda Statement of Roland Martinez:
Roland Martinez stated on November 13, 2019, he was approached by a friend near his home in Robstown, Texas. Martinez stated his friend told him he knows a person who smuggles people and needs drivers. Martinez stated that same person called him and instructed him on how and where the alien smuggling was going to be conducted. Martinez stated he was going to get paid once the smuggling was completed. Martinez stated on November 14, 2019, he and his girlfriend traveled to El Paso, Texas and picked up an illegal alien at an address that was provided to him. Martinez stated he was instructed to take the illegal alien to Roma, Texas but when the illegal alien entered the vehicle, she told them she was going to Houston, Texas. Martinez stated he got lost and traveled north into New Mexico only to find out where they were at after being apprehended at the Border Patrol checkpoint.

Assistant United States Attorney Renee Camacho was contacted and approved prosecution for 8 USC 1324 (Alien Smuggling) Conspiracy for the driver Roland Martinez.

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Nevarez, Mark
Filing Agent